# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                                              **Case No. 6:12-cv-142-Orl-31GJK**

**SHERRI HARRIS and CHARLES LEFEVERS,**

        **Defendants.**

_____

## ORDER and DECLARATORY JUDGMENT

This cause comes before the Court on the Motions for Default Judgment (Doc. Nos. 16 and 17), filed March 20, 2012.

On June 13, 2012, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motions be granted and that declaratory judgment be entered. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motions for Default Judgment are **GRANTED**.

3. Declaratory Judgment is hereby **ENTERED** for Plaintiff and against Defendants finding that the provisions of the Policy, including endorsements, exclusions and circumstances surrounding issuance of the Policy, operate to excuse Travelers from any obligations and/or indemnifications for any claim which may be asserted by Harris and Lefevers arising from the subject accident; and that no coverage exists under the Policy for the subject accident.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 6, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party